UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil No. 00-185 (JMR/FLN)

Kathy Clouser,

Plaintiff,

**STIPULATION AND PROTECTIVE ORDER OF CONFIDENTIALITY**

v.

Quast Transfer, Inc., Overland/Quast, Inc. and Vitran Express, Inc.,

Defendants.

The parties to the above-captioned cause, by and through counsel of record, hereby stipulate and agree as follows:

1. This Stipulation and any Order of the court adopting same shall govern the production, use and disclosure of all documents, records and information produced or disclosed by the parties in connection with this action and designated in accordance with this Stipulation/Order.

2. For the purposes of this Stipulation/Order, the term "documents" shall be defined in accordance with Rule 34 of the Federal Rules of Civil Procedure.

3. All documents, records and information that are designated as confidential by any party in connection with this litigation shall be used only for the limited purpose of preparing and conducting this litigation.

4. Information conveyed or discussed in testimony at a deposition or a court proceeding shall be subject to this Stipulation/Order provided it is designated as confidential on the record or in writing either at the time the testimony is given or within fifteen days after receipt by the designating party of the portion of the transcript containing the confidential information. Any party shall have the right to exclude from attendance at a deposition or court proceeding any person who is not

FILED 8/30/00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

entitled to receive such information or documents under the terms of this Stipulation/Order during such time as any confidential information or documents are disclosed or discussed.

5. The parties and their representatives shall not use any documents, records or information produced or disclosed during the course of this litigation: (1) for any competitive purpose or advantage; (2) to cause business detriment to any other party or employee of any party; (3) to harass, embarrass or annoy any party or other person; or (4) for any other purpose not directly related to this litigation.

6. This Stipulation/Order shall be without prejudice to the rights of any party to apply to the court, at any time, for relief from any requirement hereof. After final disposition of the above-captioned matter, the court shall retain jurisdiction over the parties for the purpose of ensuring compliance with this Stipulation/Order and granting such amendments to, and modifications of, this Stipulation/Order and such other and further relief as may be necessary, and any party may apply to the court at any time for an amendment to, or modification of, this Stipulation/Order.

7. The documents, records and information exchanged by the parties during the course of this litigation shall not be disclosed to any third party, except as may be necessary for a legitimate purpose related to preparing and conducting this litigation. The restrictions set out herein shall not apply to any documents or information that are or were: (1) in the possession of any party other than the producing party prior to the commencement of this litigation; (2) currently in the public domain; or (3) required to be disclosed by any law, regulation, order or rule of any governmental authority.

8. At the conclusion of this litigation, all documents and records, including copies thereof, and all outlines, abstracts, summaries, memoranda and compilations, constituting, embodying or disclosing confidential information, exchanged by the parties during the course of this litigation

shall be promptly returned to the producing party's counsel of record. Counsel for the parties may retain copies for their files.

Date: 8/28/00

Bradley M. Jones (#52413)
Kerry L. Middleton (#26522X)
**MEAGHER & GEER, P.L.L.P.**
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661
***Attorneys for Defendants***

Date: 8-21-00

Shirley Lerner (#151245)
Park Center Building, Ste. 314
3601 Park Center Boulevard
Minneapolis, MN 55416
(612) 920-8545

AND

Date: 8.3.00

Steven A. Smith (#260836)
**NICHOLS, KASTER & ANDERSON**
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 338-1919
***Attorneys for Plaintiff***

**PROTECTIVE ORDER**

**IT IS HEREBY ORDERED** that the parties' foregoing Stipulation of Confidentiality filed herewith is hereby adopted as this court's order for the protection of confidential information in the above-captioned cause.

Date: 8/30/00

Franklin L. Noel
Chief Magistrate Judge

\820147

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

OFFICE OF THE CLERK
300 S. FOURTH ST., SUITE 202
MINNEAPOLIS, MN 55415

# Clerk's Notice In Re: Protective Order

A Protective/ConfidentialityOrder has been entered in this action. You must comply with the guidelines set forth below when filing **confidential original** documents with the Clerk of U.S. District Court. Failure to do so will cause the documents to be returned.

## *Guidelines for filing with the Clerk:*

A. Documents are to be **sealed** (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 *(LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 1/2 x 11 inch white paper...flat and unfolded. this rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)*

B. Each envelope must list the following information, and each document is to be in a separate envelope.
- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents.
- The word "**SEALED**" or "**CONFIDENTIAL**"

## *Guidelines for filing with a U.S. District Judge or Magistrate Judge:*

In addition to the above procedures, copies for delivery to the U.S. District Judge or U.S. Magistrate Judge are to be marked accordingly and bound together as a set.