**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Kathy A. Clouser,

Plaintiff,

vs.

Quast Transfer, Inc., Overland/Quast, Inc., and Vitran Express, Inc.,

Defendants.

Court File No. CV-185 JMR/FLN

**STIPULATION TO AMEND COMPLAINT**

---

The parties to this action, through their undersigned counsel, hereby stipulate that Plaintiff may serve and file the attached Amended Complaint dismissing Plaintiff's defamation claim, formerly Count Three of Plaintiff's Complaint, dated September 15, 2000.

Dated: Sept 15, 2000

**SHIRLEY LERNER, P.A.**

By ______________________
SHIRLEY LERNER (#151245)
Park Center Building, Suite 124
3601 Park Center Boulevard
Minneapolis, MN 55416
(612) 920-8545

AND

**NICHOLS, KASTER & ANDERSON**
Steven Andrew Smith (#260836)
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 338-1919

ATTORNEYS FOR PLAINTIFF

FILED OCT 04 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

AND

Dated: 10/2/00

By ______________________

Kerry Middleton (26622x)
Meagher & Geer, P.L.L.P.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661

ATTORNEY FOR DEFENDANTS

**ORDER**

Based upon foregoing Stipulation to Amend Complaint between the pa:ties, the plaintiff may serve and file the Amended Complaint dated September 15, :2000, dismissing Plaintiff's defamation claim, formerly Count Three of Plaintiff's Compl:int

Dated: October 3 2000

**BY THE COURT:**

Franklin L. Noel

Magistrate Judge Franklin :Noel