UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-185 JMR/FLN

| | | |
|---|---|---|
| Kathy A. Clouser | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Quast Transfer, Inc. | ) | |
| et al. | ) | |

The Court has been advised by counsel that the above entitled action has been settled. Therefore, IT IS ORDERED that:

This action is dismissed with prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within 15 days.

Dated: November 20, 2000

JAMES M. ROSENBAUM
United States District Judge

NOV 21 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**HEDIN & GOLDBERG, P.A.**
LAWYERS
2100 STEVENS AVENUE SOUTH
MINNEAPOLIS, MINNESOTA 55404-2533
612/871-5500: PHONE • 612/871-1312: FAX

DOUGLAS A. HEDIN
DANIEL S. GOLDBERG
ELIZABETH A. GLIDDEN

OF COUNSEL:
ANDREA F. RUBENSTEIN

November 16, 2000

The Honorable James M. Rosenbaum
U.S. District Court Judge
U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

*Re:* ***MEDIATOR'S REPORT***
***Kathy A. Clouser v. Vitran Express, et al.***
***Court File No. 00-CV-185 (JMR/FLN)***

Dear Judge Rosenbaum:

This case was settled in mediation on Wednesday, November 15, 2000. A Stipulation of Dismissal will be filed shortly with your court.

The parties and their lawyers--Shirley Lerner, of Shirley Lerner, P.A., and Steve Smith, of Nichols, Kaster and Anderson, for the plaintiff and Kerry Middleton of Meagher & Geer for the defendant--deserve great credit for bringing this suit to conclusion.

Sincerely,

Douglas A. Hedin
Mediator

xc: Shirley Lerner
Steve Smith
Kerry Middleton